# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Sream, Inc., et al.

                                          Plaintiff,

v.                                                              Case No.: 1:20–cv–00271

                                                                   Honorable Manish S. Shah

Lombard Smoke Zone Inc, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 9, 2020:

      MINUTE entry before the Honorable Manish S. Shah: The parties' status report is now due 4/27/20. This schedule supersedes any extensions granted by the court's Second Amended General Order 20–0012. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.