# CERTIFICATE OF SERVICE

**UNITED STATES DISTRICT COURT**  
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 1:20-cv-271

**Republic Technologies (NA), LLC and Sream, Inc.**

Plaintiff

**vs.**

**Lombard Smoke Zone Inc. d/b/a Villa Smoke Zone and Mohamad Aoun**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint For Injunctive Relief and Damages**

| | |
|---|---|
| PARTY SERVED: | **MOHAMAD AOUN** |
| PERSON SERVED: | **MUSTAFA AOUN, SON** |
| METHOD OF SERVICE: | **Substitute -** By leaving copies of the above referenced documents at the defendant's usual place of abode, with some person of the family or a person residing there, of required age by statute and informing that person of the contents thereof. I also mailed a copy in a sealed envelope with the postage fully prepaid addressed to the defendant on **6/26/2020**. |
| DATE & TIME OF DELIVERY: | **06/25/2020 at 9:45 PM** |
| ADDRESS, CITY AND STATE: | **8505 MENARD AVE, BURBANK, IL 60459** |
| DESCRIPTION: | Race: **Middle Eastern**   Sex: **Male**   Age: **20**  <br>Height: **5'9"**   Weight: **170**   Hair: **Black**   Glasses: **No** |



Judicial Attorney Services, Inc.  
2100 Manchester Rd., Ste 505  
Wheaton, IL 60187  
(630) 221-9007

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 6/26/2020.

Signature: _Joseph T Wachowski_

Joseph Wachowski  
Registration No: 117-001119

CLIENT: **Langone, Johnson & Cassidy, LLC**  
FILE #:

Job #: **439652**