IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Case Number: 1:20-cv-271

REPUBLIC TECHNOLOGIES (NA), LLC,
and SREAM, INC.,
            Plaintiffs,

v.

LOMBARD SMOKE ZONE INC. d/b/a
VILLA SMOKE ZONE and MOHAMAD
AOUN,

            Defendants.
_____/

**MOTION TO VACATE DISMISSAL FOR WANT OF PROSECUTION**

Plaintiffs, Republic Technologies (NA) LLC and Sream, Inc., respectfully request that the Court vacate the dismissal entered on September 22, 2020 and states in support as follows;

1. On 9/17/2020, this Court entered an order instructing Plaintiff to file a Motion for Default Judgment by 9/22/2020.

2. Plaintiffs docketed the deadline for filing this motion as 9/22/20 and Plaintiffs' counsel interpreted the Court's order to file the Motion by 9/22/2020 as including 9/22/20.

3. On 9/22/20 at 7:22 a.m., this Court entered an order dismissing the case for want of prosecution.

4. Plaintiff respectfully requests that the Court vacate the dismissal and grant Plaintiff leave to file the attached Motion for Default Judgment *instanter*.

5. Since Plaintiffs have all the materials necessary to file a Motion for Default Judgment by 9/22/2020, Plaintiffs respectfully request that the Court vacate the dismissal and allow Plaintiffs to proceed with the Motion for Default Judgment. It is in the interests of justice

to vacate the dismissal since Plaintiffs are able to comply with the order of 9/17/2020 and file the Motion by 9/22/2020.

WHEREFORE, Plaintiffs request that this Court vacate the judgment entered on 9/22/2020 and grant Plaintiffs leave to file their Motion for Default Judgment *instanter*.

                                                  Respectfully Submitted,

/s/     Christopher V. Langone
           Christopher V. Langone
           3033Clark St.
           Chicago, IL 60657
           Tel: (312) 344-1945
           Email: langonelaw@gmail.com
           Attorney for Plaintiffs